# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLE RENEE WALDHALM,<br><br>Defendant. | CR 18-25-BLG-SPW-TJC<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

Judge Watters has referred to the undersigned Defendant's Unopposed Motion for Change of Plea and Motion to Reopen Detention Hearing. (*See* Docs. 31, 32.)

Accordingly, IT IS ORDERED that, provided the parties consent, the Court will conduct a change of plea hearing on **July 3, 2018, at 9:30 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana. A detention hearing will follow immediately thereafter.

DATED this 29th day of June, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge