IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-25-BLG-SPW-TJC-2 |
| Plaintiff, | **ORDER** |
| vs. | |
| NICHOLE RENEE WALDHALM, | |
| Defendant. | |

Defendant appeared before the Court on July 19, 2018, for a change of plea and detention hearing. Defendant shall be temporarily released after processing by the United States Marshal Service, on all previously imposed condition of release.

DATED this 19th day of July 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge