IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>NICHOLE RENEE WALDHALM,<br><br>                    Defendant. | CR  18-25-BLG-SPW-TJC<br><br><br>**ORDER CONTINUING<br>DETENTION HEARING** |

Defendant appeared before the Court on July 19, 2018 for a change of plea and detention hearing.  The Court granted Defendant's request to be temporarily released from custody to attend treatment at the Montana Chemical Dependency Center ("MCDC") in Butte, Montana, and continued the detention hearing pending completion of treatment.  The Court released Defendant to the third-party custody of her father, James Waldhalm, until the morning of July 20, 2018, at which time Defendant was directed to travel by bus to Butte, Montana, and report to the MCDC.

Accordingly, IT IS HEREBY ORDERED that counsel for Defendant shall notify the Court of Defendant's release date from the MCDC once the date has been determined.

The detention hearing shall be reconvened upon notice of Defendant's release from the MCDC.

DATED this 20th day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge