IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLE RENEE WALDHALM,<br><br>Defendant. | CR 18-25-BLG-SPW-TJC<br><br>**ORDER** |

Defendant appeared before the Court on August 14, 2018, on the United States' motion to revoke her release pending sentencing and on her own motion for a detention hearing. (*See* Docs. 53, 57.) Defendant admitted to violations of the terms and conditions of her release. The Court cannot find by clear and convincing that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released. Further, the Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release. Accordingly,

//

//

IT IS ORDERED that the United States' motion to revoke Defendant's release pending sentencing is **GRANTED**. Defendant is remanded to the custody of the United States Marshals Service.

DATED this 14th day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge