FILED

OCT 30 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NICHOLE RENEE WALDHALM,

Defendant.

CR 18-25-BLG-SPW-2

ORDER

According to this Court's sentencing order dated August 2, 2018, unresolved objections to be relied upon at sentencing were due to the probation officer on or before October 24, 2018. (Doc. 52 at 2). The probation officer in this case has advised the Court that her office received Defendant's unresolved objections on October 29, 2018, and she personally received them on today's date, six days after the deadline. The Court received the final presentence report in this matter yesterday. Accordingly, the Court overrules these objections as untimely. The United States is not required to respond to these objections, nor will the final presentence report be amended. The deadlines associated with the presentence report objections and sentencing memoranda exist for a reason: so that counsel and

the Court may have adequate time to address, respond, and consider such objections. Objections submitted in violation of this Court's sentencing order will not be considered.

DATED this 30th day of October 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge