IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-25-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NICHOLE RENEE WALDHALM, | |
| Defendant. | |

Defendant moved for an extension to submit objections to the Presentence Investigation Report. (Doc. 67). Defense counsel states she inadvertently failed to email the objections to the probation officer on time. (*Id.* at 1). Counsel's oversight is not cause to burden the probation office and the Court. For the reasons already stated in this Court's October 30, 2018, Order (Doc. 66), Defendant's motion is DENIED.

DATED this 31st day of October 2018.

SUSAN P. WATTERS
United States District Judge

1