FILED

NOV 29 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLE RENEE WALDHALM,<br><br>Defendant. | CR-18-25-BLG-SPW-2<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE MENTAL HEALTH RECORDS UNDER SEAL |

Upon the Defendant's Unopposed Motion for Leave to File Mental Health Records Under Seal (Doc. 73), and good cause appearing,

IT IS HEREBY ORDERED Defendant's mental health records shall be filed under SEAL.

DATED this 28th day of November, 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE